IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | No. 4:21-CR-289-O |
| | § | |
| HOLLIS MORRISON GREENLAW (01) | § | |
| BENJAMIN LEE WISSINK (02) | § | |
| CARA DELIN OBERT (03) | § | |
| JEFFREY BRANDON JESTER (04) | § | |
| | § | |

**GOVERNMENT'S UNOPPOSSED MOTION FOR LEAVE TO EXCEED
THE RESPONSE PAGE LIMIT**

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Court for leave to file the attached Response exceeding the 25 page limit.

On December 6, 2021, the defendants filed six Motions in Limine. (Dkt. 114) The government's Response in Opposition is 28 pages in length. Under this Court's Local Rules, a response should not exceed 25 pages without leave of court. *See* N.D. Tex. Crim. L.R. 47.2(c). While the Rules envision that "extraordinary and compelling reasons" may require briefs in support of motions to exceed those page limitations, parties must obtain permission to file over-length briefs. *See id*. To effectively respond the government requests leave to file the attached Response which is three pages longer than the 25 page limit.

Counsel for the defense does not oppose this request.

Respectfully Submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600; Fax: 214-659-8805
Email: Tiffany.Eggers@usdoj.gov

*s/ Errin Martin*
ERRIN MARTIN
Assistant United States Attorney
Texas Bar No. 24032572

*s/ L. Rachael Jones*
L. RACHAEL JONES
Assistant United States Attorney
Texas Bar No. 24032481

*s/ Elyse Lyons*
ELYSE LYONS
Assistant United States Attorney
Texas Bar No. 24092735

CERTIFICATE OF CONFERENCE

I certify that I conferred with the below identified counsel for each defendant and counsel for defendant Obert, Mr. Stephens, indicated, that the defense does not oppose the government's motion to file a response 3 pages over the page limit.

Paul Pelletier, attorney for Hollis Greenlaw;

Guy Lewis, attorney for Benjamin Wissink;

Neal Stephens, attorney for Cara Obert; and

Jeff Ansley, attorney for Brandon Jester.

*s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed foregoing with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. Counsel for the defendants will be sent a copy of this document automatically through the electronic filing system.

*/s/ Tiffany H. Eggers*
TIFFANY H. EGGERS
Assistant United States Attorney