IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| HOLLIS GREENLAW (01) | § | Case No. 4:21-cr-289-O |
| BENJAMIN WISSINK (02) | § | |
| CARA OBERT (03) | § | |
| JEFFREY BRANDON JESTER (04) | § | |
| a/k/a Brandon Jester | § | |

## VERDICT

Count One: Conspiracy to Commit Wire Fraud Affecting a Financial Institution

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count One of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count One of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count One of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count One of the Indictment. (Answer "Not Guilty" or "Guilty").

If you find any of the defendants guilty of Count One, did you find that the scheme to defraud affected a financial institution?

√ Yes         ____ No

Form of Verdict

Count Two: Conspiracy to Commit Securities Fraud

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Two of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Two of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Two of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Two of the Indictment. (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Three: Aiding and Abetting Securities Fraud – UDF III – March 31, 2015

The Defendants are charged in Count Three with aiding and abetting the commission of securities fraud. In particular, Count Three charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund III to report to public shareholders, through its 2014 Form 10-K Annual Report, false and misleading information concerning the source of the funds used to pay distributions and the Bank 6 loans, while concealing that the funds were derived from Fund IV shareholders."

We the jury find the defendant **Hollis Morrison Greenlaw**, _Guilty_ as to Count Three of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, _Guilty_ as to Count Three of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, _Guilty_ as to Count Three of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, _Guilty_ as to Count Three of the Indictment. (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Four: Aiding and Abetting Securities Fraud – UDF V – March 31, 2015

The Defendants are charged in Count Four with aiding and abetting the commission of securities fraud. In particular, Count Four charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund V to report to public shareholders, through its 2014 Form 10-K Annual Report, false and misleading information concerning loans originated and funded by Fund V, while concealing that the loans were made to developments that had previously obtained loans from an earlier Fund entity, and that the Fund V loans were used to pay off loans from an earlier Fund entity."

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Four of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Four of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Four of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Four of the Indictment.   (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Five: Aiding and Abetting Securities Fraud – UDF III – May 15, 2015

The Defendants are charged in Count Five with aiding and abetting the commission of securities fraud. In particular, Count Five charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund III to report to public shareholders, through its Form 10-Q Quarterly Report for the period ending March 31, 2015 false and misleading information concerning the source of the funds used to pay distributions and to pay the Bank 6 loan, while concealing that the funds were derived from Fund IV shareholders."

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Five of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Five of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Five of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Five of the Indictment.   (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Six: Aiding and Abetting Securities Fraud – UDF V – May 15, 2015

The Defendants are charged in Count Six with aiding and abetting the commission of securities fraud. In particular, Count Six charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund V to report to public shareholders, through its 10-Q Quarterly Report for period ending in March 31, 2015, false and misleading information concerning loans originated and funded by UDF V, while concealing that the loans made to developments that had previously obtained loans from an earlier Fund entity, and that the Fund V loans were used to pay off loans from an earlier Fund entity."

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Six of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Six of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Six of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Six of the Indictment.   (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Seven: Aiding and Abetting Securities Fraud – UDF III – August 14, 2015

The Defendants are charged in Count Seven with aiding and abetting the commission of securities fraud. In particular, Count Seven charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund III to report to public shareholders, through Form 10-Q Quarterly Report for the period ending June 30, 2015, false and misleading information concerning the source of the funds used to pay distributions and the Bank 6 loan, while concealing that the funds were derived from Fund IV shareholders."

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Seven of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Seven of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Seven of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Seven of the Indictment.   (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Eight: Aiding and Abetting Securities Fraud – UDF V – August 14, 2015

The Defendants are charged in Count Eight with aiding and abetting the commission of securities fraud. In particular, Count Eight charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund V to report to public shareholders, through Form 10-Q Quarterly Report for the period ending June 30, 2015, false and misleading information concerning loans originated and funded by Fund V, while concealing that the loans were made to developments that had previously obtained loans from an earlier Fund entity, and that the Fund V loans were used to pay off loans from an earlier Fund entity."

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Eight of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Eight of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Eight of the Indictment. (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Eight of the Indictment. (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Nine: Aiding and Abetting Securities Fraud – UDF III – November 16, 2015

The Defendants are charged in Count Nine with aiding and abetting the commission of securities fraud. In particular, Count Nine charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund III to report to public shareholders, through its Form 10-Q Quarterly Report for the period ending September 30, 2015, false and misleading information concerning the source of the funds used to pay distributions and the Bank 6 loan, while concealing that the funds were derived from Fund IV and Fund V shareholders."

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Nine of the Indictment.    (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Nine of the Indictment.    (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Nine of the Indictment.    (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Nine of the Indictment.    (Answer "Not Guilty" or "Guilty").

**Form of Verdict**

Count Ten: Aiding and Abetting Securities Fraud – UDF V – November 13, 2015

The Defendants are charged in Count Ten with aiding and abetting the commission of securities fraud. In particular, Count Ten charges that each defendant purposefully participated in the criminal venture by "[c]ausing Fund V to report to public shareholders, through its Form 10-Q Quarterly Report for the period ending September 30, 2015, false and misleading information concerning loans originated and funded by Fund V, and the use of Fund V's shareholders' money, while concealing that the loans were made to developments that had previously obtained loans from an earlier Fund entity, that the Fund V loans were used to pay off loans from an earlier Fund entity, and that Fund V's shareholders' money was being used to pay purported distributions to Fund III shareholders."

We the jury find the defendant **Hollis Morrison Greenlaw**, __Guilty__ as to Count Ten of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Benjamin Lee Wissink**, __Guilty__ as to Count Ten of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Cara Delin Obert**, __Guilty__ as to Count Ten of the Indictment.   (Answer "Not Guilty" or "Guilty").

We the jury find the defendant **Jeffrey Brandon Jester**, __Guilty__ as to Count Ten of the Indictment.   (Answer "Not Guilty" or "Guilty").

Presiding Juror: REDACTED               Date: 1/21/2022

Form of Verdict